IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| ANGELA KIMBLE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 1:21-CV-00006 |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

The Court has been advised that this action is settled. (Doc. No. 29). Accordingly, this case is administratively closed. On or before April 15, 2022, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice after that date.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE